IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUVERNE FLEETON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv419-WHA |
| ) | |
| KILBY CORRECTIONAL FACILITY, ) | (WO) |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on August 15, 2013, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

DONE this 10th day of September, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE